# Exhibit 5

Charted claim:
Method claim:1

| US7818777B1 | Fluid Player ("The accused instrumentality") |
|---|---|
| 1. A method for delivering programming for use with an interactive mass medium program output apparatus comprising the steps of: | The accused instrumentality discloses a method for delivering programming (e.g., video programs) for use with an interactive mass medium program output apparatus (e.g., output devices such as desktop, mobile, etc.).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc.<br><br><br>https://www.fluidplayer.com/ |




https://docs.fluidplayer.com/configuration/suggested-videos

# Automated Landscape for Mobile (iOS only)

Set an automated full-screen mode on the player for landscape view on mobile devices. This is applicable only when the player is in view.

interactive mass medium program output apparatus

```
fluidPlayer(
    'my-video',
    {
        layoutControls: {
            autoRotateFullScreen: true,
        }
    }
);
```

https://docs.fluidplayer.com/configuration/layout

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |




https://www.fluidplayer.com/

| | |
|---|---|
| | **What is VAST?**<br><br>The IAB Digital Video Ad Serving Template (VAST) specification is a universal XML schema for serving ads to digital video players, and describes expected video player behavior when executing VAST-formatted ad responses.<br><br>In short, VAST makes it possible for an ad provider to serve ads to various video players using a universal way of communication which all these players understand.<br><br>A thorough description of the overall idea behind VAST, as well as the full VAST specification, can be found here: VAST 4.0 ↗<br><br>https://docs.fluidplayer.com/ |
| storing a subscriber's own information at said interactive mass medium program output apparatus; | The accused instrumentality discloses storing a subscriber's own information (e.g., user's current viewing data such as tags, etc.) at said interactive mass medium program output apparatus (e.g., output devices such as desktop, mobile, etc.).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. For providing personalized content to the user, the accused instrumentality uses information such as user's current viewing data such as tags, etc., to store user's preferences, interests, etc. |

<table>
<tr>
<td></td>
<td>



https://www.fluidplayer.com/
</td>
</tr>
</table>

## What is VAST?

The IAB Digital Video Ad Serving Template (VAST) specification is a universal XML schema for serving ads to digital video players, and describes expected video player behavior when executing VAST-formatted ad responses.

In short, VAST makes it possible for an ad provider to serve ads to various video players using a universal way of communication which all these players understand.

A thorough description of the overall idea behind VAST, as well as the full VAST specification, can be found here: VAST 4.0 ↗

https://docs.fluidplayer.com/

OVERVIEW

Ask

# Overview

Fluid Player is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.

https://docs.fluidplayer.com/

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/ |

| | |
|---|---|
| | **Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br><br>https://docs.fluidplayer.com/configuration/suggested-videos |

| | |
|---|---|
| | **What are cookies and how we use them?**<br><br>A cookie is a small text file that is stored on a user's computer for record-keeping purposes. We do not link the information we store in cookies to any personally identifiable information you submit while on our Website.<br><br>By accessing the Site, you expressly accept the use of this type of cookies on your devices.<br><br>There are two types of cookies: session cookies and persistent cookies. We also allow third parties to use cookies on our Website.<br><br>• Session Cookies. Session cookies exist only during one online session. They are deleted from your computer when the browser is closed or the computer is turned off. We use session cookies to allow our systems to uniquely identify you during a session.<br>• Persistent Cookies. Persistent cookies are saved on the computer after you have closed the browser or shut down your computer. We use persistent cookies to track statistical and aggregate information about your activity, which can be combined with other information.<br>• Third Party Cookies. We also hire third parties to track and analyze personal and non-personal information. To do so, we allow third parties to send cookies to users of our Website, as permitted by law and without prejudice to your right to disable such cookies. We use the data collected by said third parties to help us manage and improve the quality of the Website and to analyze the use of the Website. The use of these cookies is not covered by our Privacy & Cookies Policy, we do not have access or control over these cookies.<br><br>https://www.fluidplayer.com/privacy-policy/ |

| | |
|---|---|
| | <br>https://docs.fluidplayer.com/configuration/suggested-videos |

<table>
<tr>
<td></td>
<td>

# Automated Landscape for Mobile (iOS only)

Set an automated full-screen mode on the player for landscape view on mobile devices.
This is applicable only when the player is in view.

interactive mass medium program output apparatus

<pre>
fluidPlayer(
    'my-video',
    {
        layoutControls: {
            autoRotateFullScreen: true,
        }
    }
);
</pre>

https://docs.fluidplayer.com/configuration/layout

</td>
</tr>
<tr>
<td>outputting mass medium video programming after said step of storing, wherein said mass medium video programming is received from over a network, said interactive mass medium output apparatus having an input device to receive input from said subscriber;</td>
<td>The accused instrumentality discloses outputting mass medium video (e.g., video programs) after said step of storing (e.g., storing information such as user's current viewing data such as tags, etc.,), wherein said mass medium video programming (e.g., video programs) is received from over a network (e.g., wi-fi network, cellular network, etc.), said interactive mass medium output apparatus (e.g., output devices such as desktop, mobile, etc.,) having an input device (e.g., input device such as mouse, touch display panel, keyboard, remote, etc.) to receive input (e.g., user input to play the video) from said subscriber (e.g., user of the accused instrumentality).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content on various output devices such as desktop, mobile, etc. over</td>
</tr>
</table>

the internet. The input devices include such as mouse, touch display panel, keyboard, remote, etc. for receiving user input such as play, pause, etc.

**What are cookies and how we use them?**

A cookie is a small text file that is stored on a user's computer for record-keeping purposes. We do not link the information we store in cookies to any personally identifiable information you submit while on our Website.

By accessing the Site, you expressly accept the use of this type of cookies on your devices.

There are two types of cookies: session cookies and persistent cookies. We also allow third parties to use cookies on our Website.

- Session Cookies. Session cookies exist only during one online session. They are deleted from your computer when the browser is closed or the computer is turned off. We use session cookies to allow our systems to uniquely identify you during a session.
- Persistent Cookies. Persistent cookies are saved on the computer after you have closed the browser or shut down your computer. We use persistent cookies to track statistical and aggregate information about your activity, which can be combined with other information.
- Third Party Cookies. We also hire third parties to track and analyze personal and non-personal information. To do so, we allow third parties to send cookies to users of our Website, as permitted by law and without prejudice to your right to disable such cookies. We use the data collected by said third parties to help us manage and improve the quality of the Website and to analyze the use of the Website. The use of these cookies is not covered by our Privacy & Cookies Policy, we do not have access or control over these cookies.

https://www.fluidplayer.com/privacy-policy/

| | |
|---|---|
| | <br>https://docs.fluidplayer.com/configuration/suggested-videos |

# Automated Landscape for Mobile (iOS only)

Set an automated full-screen mode on the player for landscape view on mobile devices. This is applicable only when the player is in view.

interactive mass medium program output apparatus

```
fluidPlayer(
    'my-video',
    {
        layoutControls: {
            autoRotateFullScreen: true,
        }
    }
);
```

https://docs.fluidplayer.com/configuration/layout

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/ |

| | |
|---|---|
| | **Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br><br>https://docs.fluidplayer.com/configuration/suggested-videos |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/#demo |

| | |
|---|---|
| | **Input Devices**<br>Last Updated : 29 Sep, 2025<br>Input devices are important parts of a computer that help us communicate with the system.<br>• These devices let us send data or commands to the computer, allowing it to process information and perform tasks.<br>• Whether it's typing on a keyboard or clicking a mouse, these devices enable us to interact with the computer and accomplish tasks.<br><br><br>https://www.geeksforgeeks.org/computer-science-fundamentals/what-are-input-devices/ |
| prompting said subscriber during said mass medium video programming for first | The accused instrumentality discloses prompting (e.g., prompting videos related to user's interest) said subscriber (e.g., user of the accused instrumentality) during said mass medium video programming (e.g., video programs) for first input (e.g., user input to play the video). |

| | |
|---|---|
| input; | As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content on various output devices such as desktop, mobile, etc. over the internet. The input devices include such as mouse, touch display panel, keyboard, remote, etc. for receiving user input such as play, pause, etc. When a video streaming ends, a prompt is received by the user that includes suggested videos tailored to user's interests which can be played using input from the user.   https://www.fluidplayer.com/ |

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/ |

| | |
|---|---|
| | **Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br><br>https://docs.fluidplayer.com/configuration/suggested-videos#mobile |

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.

prompting said subscriber

Desktop Mobile



https://docs.fluidplayer.com/configuration/suggested-videos

| | |
|---|---|
| | **Suggested videos**<br><br>At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.<br><br><br><br>https://docs.fluidplayer.com/configuration/suggested-videos#mobile |
| receiving first input from said subscriber at said input device in response to said prompting said | The accused instrumentality discloses receiving first input (e.g., user input to play the video) from said subscriber (e.g., user of the accused instrumentality) at said input device (e.g., input device such as mouse, touch display panel, keyboard, remote, etc.) in response to said prompting (e.g., prompting videos related to user's interest) said |

| | |
|---|---|
| subscriber, said input indicating that said subscriber wants delivery of first user specific programming referred to in said mass medium programming; | subscriber (e.g., user of the accused instrumentality), said input (e.g., user input to play the video) indicating that said subscriber (e.g., user of the accused instrumentality) wants delivery (e.g., playing, streaming, etc.) of first user specific programming (e.g., video programs tailored to user's interests) referred to in said mass medium programming (e.g., video programs).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content on various output devices such as desktop, mobile, etc. over the internet. The input devices include such as mouse, touch display panel, keyboard, remote, etc. for receiving user input such as play, pause, etc. When the video streaming ends, a prompt is received by the user that includes suggested videos tailored to user's interests which can be played using input from the user. |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/ |

| | |
|---|---|
| | **Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br><br>https://docs.fluidplayer.com/configuration/suggested-videos#mobile |

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.

Desktop Mobile

prompting said subscriber



https://docs.fluidplayer.com/configuration/suggested-videos

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos#mobile

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.

selecting a user specific programming to play using input device

Desktop Mobile



https://docs.fluidplayer.com/configuration/suggested-videos

| | |
|---|---|
| | **Input Devices**<br>Last Updated : 29 Sep, 2025<br>Input devices are important parts of a computer that help us communicate with the system.<br>• These devices let us send data or commands to the computer, allowing it to process information and perform tasks.<br>• Whether it's typing on a keyboard or clicking a mouse, these devices enable us to interact with the computer and accomplish tasks.<br><br><br>https://www.geeksforgeeks.org/computer-science-fundamentals/what-are-input-devices/ |
| receiving a first signal from said network based on the first input; | The accused instrumentality discloses receiving (e.g., receiving by the server of the accused instrumentality) a first signal (e.g., signal to play the video) from said network (e.g., wi-fi network, cellular network, etc.) based on the first input (e.g., user input to play the video). |

| | |
|---|---|
| | As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content on various output devices such as desktop, mobile, etc. over the internet. When the video streaming ends, a prompt is received by the user that includes suggested videos tailored to user's interests which can be played using input from the user. When user selects a video to play, a play signal is transmitted to the server of the accused instrumentality over the network to play the selected user personalized video.   |

https://www.fluidplayer.com/




https://docs.fluidplayer.com/configuration/suggested-videos

## Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos#mobile

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos

| | |
|---|---|
| | **Input Devices**<br>Last Updated : 29 Sep, 2025<br>Input devices are important parts of a computer that help us communicate with the system.<br>• These devices let us send data or commands to the computer, allowing it to process information and perform tasks.<br>• Whether it's typing on a keyboard or clicking a mouse, these devices enable us to interact with the computer and accomplish tasks.<br><br><br>https://www.geeksforgeeks.org/computer-science-fundamentals/what-are-input-devices/ |
| generating said first user specific programming at said interactive mass medium program output | The accused instrumentality discloses generating said first user specific programming (e.g., video programs tailored to user's interests) at said interactive mass medium program output apparatus (e.g., output devices such as desktop, mobile, etc.) based on said stored subscriber's own (e.g., user's current viewing data such as tags, etc.) and said |

| | |
|---|---|
| apparatus based on said stored subscriber's own information and said first signal, wherein said user specific programming is related to said mass medium video programming; and | first signal (e.g., signal to play the video), wherein said user specific programming (e.g., video programs tailored to user's interests) is related to said mass medium video programming (e.g., video program streamed by the user).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content on various output devices such as desktop, mobile, etc. over the internet. When the video streaming ends, a prompt is received by the user that includes suggested videos tailored to user's interests which can be played using input from the user. When user selects a video to play, a play signal is generated and transmitted to the server of the accused instrumentality over the network to play the selected user personalized video. |

| | |
|---|---|
| | **What are cookies and how we use them?**<br><br>A cookie is a small text file that is stored on a user's computer for record-keeping purposes. We do not link the information we store in cookies to any personally identifiable information you submit while on our Website.<br><br>By accessing the Site, you expressly accept the use of this type of cookies on your devices.<br><br>There are two types of cookies: session cookies and persistent cookies. We also allow third parties to use cookies on our Website.<br><br>• Session Cookies. Session cookies exist only during one online session. They are deleted from your computer when the browser is closed or the computer is turned off. We use session cookies to allow our systems to uniquely identify you during a session.<br>• Persistent Cookies. Persistent cookies are saved on the computer after you have closed the browser or shut down your computer. We use persistent cookies to track statistical and aggregate information about your activity, which can be combined with other information.<br>• Third Party Cookies. We also hire third parties to track and analyze personal and non-personal information. To do so, we allow third parties to send cookies to users of our Website, as permitted by law and without prejudice to your right to disable such cookies. We use the data collected by said third parties to help us manage and improve the quality of the Website and to analyze the use of the Website. The use of these cookies is not covered by our Privacy & Cookies Policy, we do not have access or control over these cookies.<br><br>https://www.fluidplayer.com/privacy-policy/ |

| | |
|---|---|
| | <br><br>https://docs.fluidplayer.com/configuration/suggested-videos |

| | |
|---|---|
| | # Automated Landscape for Mobile (iOS only)<br><br>Set an automated full-screen mode on the player for landscape view on mobile devices. This is applicable only when the player is in view.<br><br>interactive mass medium program output apparatus<br><br>`fluidPlayer(`<br>`    'my-video',`<br>`    {`<br>`        layoutControls: {`<br>`            autoRotateFullScreen: true,`<br>`        }`<br>`    }`<br>`);`<br><br>https://docs.fluidplayer.com/configuration/layout |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/ |

| | |
|---|---|
| | **Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br><br>https://docs.fluidplayer.com/configuration/suggested-videos |

| | |
|---|---|
| | **Suggested videos**<br><br>At the end of the video, the player will show a grid of up to 12 videos (depending on the device), <u>to entice the viewer to watch more videos and extend viewing sessions.</u><br><br>prompting said subscriber<br><br>Desktop Mobile<br><br><br><br>https://docs.fluidplayer.com/configuration/suggested-videos |

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos#mobile

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.

selecting a user specific programming to play using input device

Desktop Mobile



https://docs.fluidplayer.com/configuration/suggested-videos

| | |
|---|---|
| | **What is VAST?**<br><br>The IAB Digital Video Ad Serving Template (VAST) specification is a universal XML schema for serving ads to digital video players, and describes expected video player behavior when executing VAST-formatted ad responses.<br><br>In short, VAST makes it possible for an ad provider to serve ads to various video players using a universal way of communication which all these players understand.<br><br>A thorough description of the overall idea behind VAST, as well as the full VAST specification, can be found here: VAST 4.0 ↗<br><br>https://docs.fluidplayer.com/<br><br>OVERVIEW Ask<br><br>**Overview**<br><br>Fluid Player is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.<br><br>https://docs.fluidplayer.com/ |

| | |
|---|---|
| | **In-Stream Video (VAST)**<br><br>Automatically plays when a user clicks on a website's video content. Customizable with clickable calls to action. Features a Skip ad button. The In-Stream Video format works with all major video players and automatically plays when a consumer clicks on a website's video content. It is customizable with clickable calls to action. As it is CPV-based, this format has a very high conversion rate.<br><br>We recommend using the Fluid Player, which is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.<br>https://docs.exads.com/docs/ad-formats/ |

| | |
|---|---|
| | **How VAST Works**<br><br>• VAST Request: The video player makes a call to the ad server for a VAST response.<br>• VAST Inline Response: The ad server responds with a VAST Inline response that contains all the media files and tracking URIs required to display and track the ad.<br>• Tracking URIs Pinged: The video player requests tracking resources from the tracking URIs provided when associated events occur in the ad.<br><br>**Events and Statistics**<br><br>Currently the system tracks three events when a VAST ad is being processed:<br><br>• Selecting a specific In-stream ad to display: the exact timing of the event depends on the video player, but most often it is triggered when the site visitor presses the player Play button. In statistics page a new Video Impression is registered.<br>• 10 seconds being watched at normal speed: when this event takes place, the video player notifies the ad provider. Then the CPV charge is triggered. This event is displayed in the statistics page as a Video View.<br>• Clicking on the In-stream ad: the video player notifies the ad provider, so a standard click event is registered. The statistics page displays it as a standard Click.<br><br>https://docs.exads.com/docs/ad-formats/ |
| outputting said first user specific programming. | The accused instrumentality discloses outputting (e.g., displaying on device) said first user specific programming (e.g., video programs tailored to user's interests).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to |

| | |
|---|---|
| | browse and stream content on various output devices such as desktop, mobile, etc. over the internet. When the video streaming ends, a prompt is received by the user that includes suggested videos tailored to user's interests which can be played using input from the user. When user selects a video to play, a play signal is generated and transmitted to the server of the accused instrumentality over the network to play the selected user personalized video.<br><br>• Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br><br>https://docs.fluidplayer.com/ |

| | |
|---|---|
| | **Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br><br>https://docs.fluidplayer.com/configuration/suggested-videos |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |

| | |
|---|---|
| | <br><br>https://docs.fluidplayer.com/configuration/suggested-videos |

| | |
|---|---|
| | **Suggested videos**<br><br>At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.<br><br><br><br><br>https://docs.fluidplayer.com/configuration/suggested-videos |

In-Stream Video (VAST)




outputting said first user specific programming

Automatically plays when a user clicks on a website's video content. Customizable with clickable calls to action. Features a Skip ad button. The In-Stream Video format works with all major video players and automatically plays when a consumer clicks on a website's video content. It is customizable with clickable calls to action. As it is CPV-based, this format has a very high conversion rate.

We recommend using the Fluid Player, which is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.

https://docs.exads.com/docs/ad-formats/