# Exhibit 7

| US8839293B1 | Fluid Player ("The accused instrumentality") |
| --- | --- |
| 9. An interactive method for delivering a plan for use with an interactive mass medium programming output apparatus comprising the steps of: | The accused instrumentality discloses an interactive method for delivering a plan (e.g., suggested videos, personalized ads, etc.) for use with an interactive mass medium programming output apparatus (e.g., output devices such as desktop, mobile, etc.).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc.<br><br><br>https://www.fluidplayer.com/ |

| | |
|---|---|
| | <br>https://docs.fluidplayer.com/configuration/suggested-videos |

# Automated Landscape for Mobile (iOS only)

Set an automated full-screen mode on the player for landscape view on mobile devices. This is applicable only when the player is in view.

interactive mass medium programming output apparatus

```
fluidPlayer(
    'my-video',
    {
        layoutControls: {
            autoRotateFullScreen: true,
        }
    }
);
```

https://docs.fluidplayer.com/configuration/layout

| | |
|---|---|
| |   https://docs.fluidplayer.com/configuration/suggested-videos#desktop |




https://www.fluidplayer.com/

| | |
|---|---|
| | **What is VAST?**<br><br>The IAB Digital Video Ad Serving Template (VAST) specification is a universal XML schema for serving ads to digital video players, and describes expected video player behavior when executing VAST-formatted ad responses.<br><br>In short, VAST makes it possible for an ad provider to serve ads to various video players using a universal way of communication which all these players understand.<br><br>A thorough description of the overall idea behind VAST, as well as the full VAST specification, can be found here: VAST 4.0 ↗<br><br>https://docs.fluidplayer.com/ |
| outputting mass medium programming, said interactive mass medium programming output apparatus having an input device to receive input from a subscriber; | The accused instrumentality discloses outputting mass medium programming (e.g., video programs), said interactive mass medium programming output apparatus (e.g., output devices such as desktop, mobile, etc.) having an input device (e.g., input device such as mouse, touch display panel, keyboard, remote, etc.) to receive input (e.g., user input to play the video) from a subscriber (e.g., user of the accused instrumentality).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content on various output devices such as desktop, mobile, etc. over the internet. The input devices include such as mouse, touch display panel, keyboard, remote, etc. for receiving user input such as play, pause, etc. |

| | |
|---|---|
| | <br>https://docs.fluidplayer.com/configuration/suggested-videos |

# Automated Landscape for Mobile (iOS only)

Set an automated full-screen mode on the player for landscape view on mobile devices. This is applicable only when the player is in view.

interactive mass medium programming output apparatus

```
fluidPlayer(
    'my-video',
    {
        layoutControls: {
            autoRotateFullScreen: true,
        }
    }
);
```

https://docs.fluidplayer.com/configuration/layout

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |

| | |
|---|---|
| | **Input Devices**<br>Last Updated : 29 Sep, 2025<br>Input devices are important parts of a computer that help us communicate with the system.<br>• These devices let us send data or commands to the computer, allowing it to process information and perform tasks.<br>• Whether it's typing on a keyboard or clicking a mouse, these devices enable us to interact with the computer and accomplish tasks.<br><br>https://www.geeksforgeeks.org/computer-science-fundamentals/what-are-input-devices/ |
| prompting said subscriber during said mass medium programming for input in respect of said plan, said interactive mass medium programming output | The accused instrumentality discloses prompting (e.g., prompting videos related to user's interest) said subscriber (e.g., user of the accused instrumentality) during said mass medium programming (e.g., video programs) for input in respect of said plan (e.g., suggested videos, personalized ads, etc.), said interactive mass medium programming output apparatus (e.g., output devices such as desktop, mobile, etc.) having a memory for storing data (e.g., user's current viewing data such as tags, etc.). |

| | |
|---|---|
| apparatus having a memory for storing data; | As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content via Internet on various output devices such as desktop, mobile, etc., comprising memory for storing data. The input devices include such as mouse, touch display panel, keyboard, remote, etc. for receiving user input such as play, pause, etc. When a video streaming ends, a prompt is received by the user that includes suggested videos tailored to user's interests which can be played using input from the user.<br><br><br><br>https://www.fluidplayer.com/ |




https://docs.fluidplayer.com/configuration/suggested-videos#desktop

| | |
|---|---|
| | <br>https://www.rfwireless-world.com/articles/5g-cell-phone-architecture |

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/<br>**Configuration**<br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br>https://docs.fluidplayer.com/configuration/suggested-videos#mobile |

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.

Desktop Mobile

prompting said subscriber



https://docs.fluidplayer.com/configuration/suggested-videos

| | |
|---|---|
| | <br>**Suggested videos**<br>At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.<br><br>https://docs.fluidplayer.com/configuration/suggested-videos#mobile |
| receiving a reply from said subscriber at said input device in response to said step of prompting said subscriber, said | The accused instrumentality discloses receiving a reply (e.g., input from the subscriber) from said subscriber at said input device (e.g., input device such as mouse, touch display panel, keyboard, remote, etc.) in response to said step of prompting said subscriber (e.g., user of the accused instrumentality), said interactive mass medium programming output apparatus (e.g., output devices such as desktop, mobile, etc.) having a processor for |

| | |
|---|---|
| interactive mass medium programming output apparatus having a processor for processing said subscriber reply; | processing said subscriber (e.g., user of the accused instrumentality) reply (e.g., input from the subscriber).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content via Internet on various output devices comprising a processor for processing instructions. The input devices include such as mouse, touch display panel, keyboard, remote, etc. for receiving user input such as play, pause, etc. When the video streaming ends, a prompt is received by the user that includes suggested videos tailored to user's interests which can be played using input from the user. The user selects one of the suggested videos to further keep watching. |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |

| | |
|---|---|
| | <br><br>https://www.rfwireless-world.com/articles/5g-cell-phone-architecture |

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/<br><br>**Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br><br>https://docs.fluidplayer.com/configuration/suggested-videos#mobile |

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.

Desktop Mobile

prompting said subscriber



https://docs.fluidplayer.com/configuration/suggested-videos

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos#mobile

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos

| | |
|---|---|
| | **Input Devices**<br>Last Updated : 29 Sep, 2025<br>Input devices are important parts of a computer that help us communicate with the system.<br>• These devices let us send data or commands to the computer, allowing it to process information and perform tasks.<br>• Whether it's typing on a keyboard or clicking a mouse, these devices enable us to interact with the computer and accomplish tasks.<br><br>https://www.geeksforgeeks.org/computer-science-fundamentals/what-are-input-devices/ |
| processing said reply from said step of receiving a reply and selecting said data; | The accused instrumentality discloses processing said reply (e.g., input from the subscriber) from said step of receiving a reply (e.g., input from the subscriber) and selecting said data (e.g., user's current viewing data such as tags, etc.).<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to |

| | |
|---|---|
| | browse and stream content on various output devices such as desktop, mobile, etc. over the internet. The input devices include such as mouse, touch display panel, keyboard, remote, etc. for receiving user input such as play, pause, etc. When the video streaming ends, a prompt is received by the user that includes suggested videos tailored to user's interests which can be played using input from the user. The user selects one of the suggested videos to further keep watching. This selection performed by the user is processed using the processor unit present in the output devices such as desktop, mobile, etc. |

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos#mobile

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/<br><br>**Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br>https://docs.fluidplayer.com/configuration/suggested-videos#mobile |

<table>
<tr>
<td></td>
<td>
<h2>Input Devices</h2>
Last Updated : 29 Sep, 2025
Input devices are important parts of a computer that help us communicate with the system.
<ul>
<li>These devices let us send data or commands to the computer, allowing it to process information and perform tasks.</li>
<li>Whether it's typing on a keyboard or clicking a mouse, these devices enable us to interact with the computer and accomplish tasks.</li>
</ul>


https://www.geeksforgeeks.org/computer-science-fundamentals/what-are-input-devices/
</td>
</tr>
<tr>
<td>formulating said plan based on said step of processing; and</td>
<td>
The accused instrumentality discloses formulating said plan (e.g., suggested videos, personalized ads, etc.) based on said step of processing.
As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content on various output devices such as desktop, mobile, etc. over the internet. When the video streaming ends, a prompt is received by the user that
</td>
</tr>
</table>

| | |
|---|---|
| | includes suggested videos tailored to user's interests which can be played using input from the user. When user selects a video to play, a play signal is transmitted to the server of the accused instrumentality over the network to play the selected user personalized video. According to the selection of the video by the user a specific list of suggested videos is curated. <br><br>   <br> https://docs.fluidplayer.com/configuration/suggested-videos#desktop |

| | |
|---|---|
| | **What are cookies and how we use them?**<br><br>A cookie is a small text file that is stored on a user's computer for record-keeping purposes. We do not link the information we store in cookies to any personally identifiable information you submit while on our Website.<br><br>By accessing the Site, you expressly accept the use of this type of cookies on your devices.<br><br>There are two types of cookies: session cookies and persistent cookies. We also allow third parties to use cookies on our Website.<br><br>• Session Cookies. Session cookies exist only during one online session. They are deleted from your computer when the browser is closed or the computer is turned off. We use session cookies to allow our systems to uniquely identify you during a session.<br>• Persistent Cookies. Persistent cookies are saved on the computer after you have closed the browser or shut down your computer. We use persistent cookies to track statistical and aggregate information about your activity, which can be combined with other information.<br>• Third Party Cookies. We also hire third parties to track and analyze personal and non-personal information. To do so, we allow third parties to send cookies to users of our Website, as permitted by law and without prejudice to your right to disable such cookies. We use the data collected by said third parties to help us manage and improve the quality of the Website and to analyze the use of the Website. The use of these cookies is not covered by our Privacy & Cookies Policy, we do not have access or control over these cookies.<br><br>https://www.fluidplayer.com/privacy-policy/ |

| | |
|---|---|
| | <br>https://docs.fluidplayer.com/configuration/suggested-videos |

# Automated Landscape for Mobile (iOS only)

Set an automated full-screen mode on the player for landscape view on mobile devices. This is applicable only when the player is in view.

interactive mass medium programming output apparatus

```
fluidPlayer(
    'my-video',
    {
        layoutControls: {
            autoRotateFullScreen: true,
        }
    }
);
```

https://docs.fluidplayer.com/configuration/layout

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/<br><br>**Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br>https://docs.fluidplayer.com/configuration/suggested-videos |

<table>
<tr>
<td></td>
<td>

## Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.

Desktop Mobile

prompting said subscriber



https://docs.fluidplayer.com/configuration/suggested-videos

</td>
</tr>
</table>

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos#mobile

| | |
|---|---|
| | **What is VAST?**<br><br>The IAB Digital Video Ad Serving Template (VAST) specification is a universal XML schema for serving ads to digital video players, and describes expected video player behavior when executing VAST-formatted ad responses.<br><br>In short, VAST makes it possible for an ad provider to serve ads to various video players using a universal way of communication which all these players understand.<br><br>A thorough description of the overall idea behind VAST, as well as the full VAST specification, can be found here: VAST 4.0 ↗<br><br>https://docs.fluidplayer.com/<br><br>OVERVIEW Ask<br><br>**Overview**<br><br>Fluid Player is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.<br><br>https://docs.fluidplayer.com/ |

| | |
|---|---|
| | In-Stream Video (VAST)<br><br>Automatically plays when a user clicks on a website's video content. Customizable with clickable calls to action. Features a Skip ad button. The In-Stream Video format works with all major video players and automatically plays when a consumer clicks on a website's video content. It is customizable with clickable calls to action. As it is CPV-based, this format has a very high conversion rate.<br><br>We recommend using the Fluid Player, which is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.<br>https://docs.exads.com/docs/ad-formats/ |

| | |
|---|---|
| | **How VAST Works**<br>• VAST Request: The video player makes a call to the ad server for a VAST response.<br>• VAST Inline Response: The ad server responds with a VAST Inline response that contains all the media files and tracking URIs required to display and track the ad.<br>• Tracking URIs Pinged: The video player requests tracking resources from the tracking URIs provided when associated events occur in the ad.<br><br>**Events and Statistics**<br>Currently the system tracks three events when a VAST ad is being processed:<br>• Selecting a specific In-stream ad to display: the exact timing of the event depends on the video player, but most often it is triggered when the site visitor presses the player Play button. In statistics page a new Video Impression is registered.<br>• 10 seconds being watched at normal speed: when this event takes place, the video player notifies the ad provider. Then the CPV charge is triggered. This event is displayed in the statistics page as a Video View.<br>• Clicking on the In-stream ad: the video player notifies the ad provider, so a standard click event is registered. The statistics page displays it as a standard Click.<br><br>https://docs.exads.com/docs/ad-formats/ |
| delivering said plan based on said step of formulating. | The accused instrumentality discloses delivering said plan (e.g., suggested videos) based on said step of formulating.<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It allows users to browse and stream content on various output devices such as desktop, mobile, etc. over the internet. When the video streaming ends, a prompt is received by the user that includes suggested videos tailored to user's interests which can be played using input from the user. When user selects a video to play, a play signal is transmitted to the server |

| | |
|---|---|
| | of the accused instrumentality over the network to play the selected user personalized video. According to the selection of the video by the user a specific list of suggested videos is curated. This curated list of suggested videos is then presented to the user.<br><br><br>https://docs.fluidplayer.com/configuration/suggested-videos#desktop |

| | |
|---|---|
| | • Allows adding multiple video sources for user to switch between different video quality<br>• Autoplay control<br>• Allows adding a custom logo<br>• Subtitles<br>• Custom call to action text when playing a video ad<br>• Wordpress Plugin<br>• Scripts and resources available via CDN<br>• Mini Player<br>• Suggested Videos<br>• Supports HLS quality switching, including an "Auto" mode which is the default selection.<br>https://docs.fluidplayer.com/<br><br>**Configuration**<br><br>Configuring the Suggested Videos feature is easy. The main requirement is to provide a URL that returns a JSON file. This can be a static .json file or an API call that returns an array of 12 videos.<br><br>When using an API, query parameters can be utilized to pass data of the current video, such as tags, to create a more accurate and personalized grid of suggested videos.<br>https://docs.fluidplayer.com/configuration/suggested-videos |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |

| | |
|---|---|
| | <br>https://docs.fluidplayer.com/configuration/suggested-videos |

# Suggested videos

At the end of the video, the player will show a grid of up to 12 videos (depending on the device), to entice the viewer to watch more videos and extend viewing sessions.




https://docs.fluidplayer.com/configuration/suggested-videos

| | |
|---|---|
| | **In-Stream Video (VAST)**<br><br>delivering said plan based on said step of formulating<br>Automatically plays when a user clicks on a website's video content. Customizable with clickable calls to action. Features a Skip ad button. The In-Stream Video format works with all major video players and automatically plays when a consumer clicks on a website's video content. It is customizable with clickable calls to action. As it is CPV-based, this format has a very high conversion rate.<br><br>We recommend using the Fluid Player, which is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.<br>https://docs.exads.com/docs/ad-formats/ |