# Exhibit 8

| US10616638B1 | Fluid player ("The accused instrumentality") |
|---|---|
| 50. A method of processing signals at at least one station that receives programming, said at least one station including a computer for controlling communication of said programming, said method comprising the steps of: | The accused instrumentality discloses a method of processing signals at at least one station (e.g., a browser running the accused instrumentality on a user device) that receives programming (e.g., HLS/MPEG-DASH video content segments), said at least one station (e.g., a browser running the accused instrumentality on a user device) including a computer (e.g., a processor of the user's device) for controlling communication of said programming (e.g., HLS/MPEG-DASH video content segments), said method comprising the steps of:<br><br>As shown below, the accused instrumentality is a digital media player for streaming live and on demand video on output devices such as desktop, mobile, etc. It supports VAST standard for advertising. A browser running the accused instrumentality on the user device (i.e., station) receives HLS/MPEG-DASH video chunks (i.e., programming) and manages streaming video content (i.e., programming). |

| | |
|---|---|
| |   https://www.fluidplayer.com/ |

| | |
|---|---|
| | <br><br>https://www.fluidplayer.com/<br><br>STREAMING<br>**Streaming support**<br>Ask<br>Streaming is multimedia that is constantly received by, and presented to, an end-user while being delivered by a provider.<br>Fluid Player supports MPEG-DASH and HLS streaming. These both work by splitting the content into segments.<br>Segments contain video or audio content, and are selected based on the highest bit rate available.<br>https://docs.fluidplayer.com/streaming/streaming-support |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |

# Overview

Fluid Player is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.

## Features

- Supports the VAST standard
  - Multiple VAST tags (pre-roll, mid-roll, post-roll)
  - Linear ads (video)
  - Non linear VAST tags (banner images (gif/jpg/png))
  - VAST Wrappers
  - VPAID Ads (Linear, Nonlinear, switch over from Nonlinear to Linear)
- Comes with its own design, which is easily customizable. Ability to use the browser default layout
- Timeline Preview
- Lightweight
- Responsive
- Compatible with modern web browsers
- Ability to have more than 1 player per page
- Keyboard Shortcuts by key
- Allows adding multiple video sources for user to switch between different video quality
- Autoplay control

https://docs.fluidplayer.com/

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |
| inputting at least one automation control instruction, said at least one automation control instruction controlling communication of said programming; | The accused instrumentality discloses inputting at least one automation control instruction (e.g., skipButtonCaption and skipButtonClickCaption of ad playback), said at least one automation control instruction (e.g., skipButtonCaption and skipButtonClickCaption of ad playback) controlling communication (e.g., controls pause and resume of HLS/MPEG-DASH video content segments during the ad playback) of said programming (e.g., HLS/MPEG-DASH video content segments);<br><br>As shown below, the accused instrumentality supports VAST Standard for advertising. It includes the vastOptions configuration including skipButtonCaption and skipButtonClickCaption (i.e., automation control instruction) of ad playback is fed into the fluidPlayer() which controls the pause and resume functionality of the main video (HLS/MPEG-DASH video content segments) (i.e., programming) based on ad playback. |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |




https://www.fluidplayer.com/

# Advertisements

There are optional parameters that can be used to customise the Fluid Player ad serving.

No parameters are required and will default if not passed through.

VAST options relate to the ads served and how the player handles them.

These options are specifically for when ads are shown in the player.

inputting at least one automation control instruction

```
fluidPlayer(
    'my-video',
     {
        vastOptions: {
            adList:                    {},
            skipButtonCaption:         'Skip ad in [seconds]',
            skipButtonClickCaption:    'Skip ad <span class="skip_button_icon"></span>',
            adText:                    null,
            adTextPosition:            'top left',
            adCTAText:                 'Visit now!',
            adCTATextPosition:         'bottom right',
            vastTimeout:               5000,
            showPlayButton:            false,
            maxAllowedVastTagRedirects: 1,
```

https://docs.fluidplayer.com/configuration/advertisements

## skipButtonCaption

The text to display the countdown during an ad. The **[seconds]** placeholder is used for the second countdown.
(**Default:** "Skip ad in [seconds]")

```
fluidPlayer(
    'my-video',
     {
         vastOptions: {
             skipButtonCaption: 'Wait [seconds] more second(s)'
         }
     }
);
```

## skipButtonClickCaption

This defines the text to show when the countdown is finished and the user can skip to the main video.
(**Default:** 'Skip ad ')

```
fluidPlayer(
    'my-video',
     {
         vastOptions: {
             skipButtonClickCaption: 'Watch main video <span class="skip_button_icon"></spa
         }
     }
);
```

https://docs.fluidplayer.com/configuration/advertisements

| | |
|---|---|
| | **Player Operation Metrics (for use in Linear and NonLinear ads)**<br>• **mute:** the user activated the mute control and muted the creative.<br>• **unmute:** the user activated the mute control and unmuted the creative.<br>• **pause:** the user clicked the pause control and stopped the creative.<br>• **resume:** the user activated the resume control after the creative had been stopped or paused.<br>• **rewind:** the user activated the rewind control to access a previous point in the creative timeline.<br>• **skip:** the user activated a skip control to skip the creative.<br>• **playerExpand:** the user activated a control to extend the player to a larger size. This event replaces the fullscreen event per the 2014 Digital Video In-Stream Ad Metric Definitions.<br>• **playerCollapse:** the user activated a control to reduce player to a smaller size. This event replaces the exitFullscreen event per the 2014 Digital Video In-Stream Ad Metric Definitions.<br><br>https://www.iab.com/wp-content/uploads/2016/04/VAST4.0_Updated_April_2016.pdf |
| inputting identification information and said programming; | The accused instrumentality discloses inputting identification information (e.g., video id ) and said programming (e.g., src URL of the main video (HLS/MPEG-DASH video content segments) file);<br><br>As shown below, the accused instrumentality supports VAST standard for advertising. It includes defining the src URL of the main video (HLS/MPEG-DASH video content segments) file (i.e., programming) and video id (i.e., identification information) attribute into the fluidPlayer() for ad skip function. |

| | |
|---|---|
| | <br><br>https://www.fluidplayer.com/ |

Step 1 - Test on your website

Here is a simple piece of code that you can copy and paste into your site to test out Fluid Player.

Simple Fluid Player code:

```
<link rel="stylesheet" href="http://cdn.fluidplayer.com/v3/current/fluidplayer.min.css" type="text/css"/>

<script src="http://cdn.fluidplayer.com/v3/current/fluidplayer.min.js"></script>

<video id="video-id" style="width: 640px; height: 360px;">

<source src="http://cdn.fluidplayer.com/videos/valerian-720p.mkv' title="720p" type="video/mkv">

</video>

<script>

var myFP = fluidPlayer('video-id');

</script>
```

identification information

programming

https://www.fluidplayer.com/articles/easy-in-stream-integration-on-fluid-player

In-stream integration code:

```
<link rel="stylesheet" href="http://cdn.fluidplayer.com/v3/current/fluidplayer.min.css" type="text/css"/>
<script src="http://cdn.fluidplayer.com/v3/current/fluidplayer.min.js"></script>

<video id='video-id' style="width: 640px; height: 360px;">
        <source src="http://cdn.fluidplayer.com/videos/valerian-720p.mkv" title="720p" type="video/mkv">
</video>

<script>
        var myFP = fluidPlayer(
                'video-id',
                {
                  vastOptions: {
                   "adList" : [
                        {
                        "roll" : "preRoll",
                        "vastTag" : "https://syndication.exoclick.com/splash.php?idzone=2366423"
                        }
                   ]
                  }
                }
        ),
```

inputting identification information and said programming

https://www.fluidplayer.com/articles/easy-in-stream-integration-on-fluid-player

| | |
|---|---|
| | <br><br>https://www.fluidplayer.com/<br><br>STREAMING<br>Streaming support<br>Ask<br>Streaming is multimedia that is constantly received by, and presented to, an end-user while being delivered by a provider.<br>Fluid Player supports MPEG-DASH and HLS streaming. These both work by splitting the content into segments.<br>Segments contain video or audio content, and are selected based on the highest bit rate available.<br>https://docs.fluidplayer.com/streaming/streaming-support |
| storing said | The accused instrumentality discloses storing (e.g., locally buffers) said programming |

| | |
|---|---|
| programming at said at least one station; | (e.g., HLS/MPEG-DASH video segments) at said at least one station (e.g., a browser running the accused instrumentality on a user device);<br><br>As shown below, the accused instrumentality supports VAST standard for advertising. The device running the accused instrumentality locally buffers (i.e., storing) the HLS/MPEG-DASH video segments (i.e., programming) during playback on the user device.<br><br><br><br>https://www.fluidplayer.com/ |

| | |
|---|---|
| | <br>STREAMING<br>**Streaming support**<br>Streaming is multimedia that is constantly received by, and presented to, an end-user while being delivered by a provider.<br>Fluid Player supports MPEG-DASH and HLS streaming. These both work by splitting the content into segments.<br>Segments contain video or audio content, and are selected based on the highest bit rate available.<br>https://docs.fluidplayer.com/streaming/streaming-support |

# Customizing HLS

Fluid Player has hooks that support `hls.js` configuration. A full list of configurable properties can be found in the official `hsl.js` API docs↗.

Below is an example of a configuration where you can set the maximum buffer length and streaming quality with which the video will be started.

```
fluidPlayer('fluid-player', {
    modules: {
        configureHls: (options) => {
            return {
                maxMaxBufferLength: 30, // Max length of buffered video in seconds
                startLevel: 4, // Starting quality level - 4 is usually Full HD (1080p), l
                ...options,
            }
        },
        onBeforeInitHls: (hls) => {
            hls.startLevel = 4; // Programatically set start quality level
        },
        onAfterInitHls: (hls) => {
            hls.nextLevel = 4 // Programatically set quality level for next segment
        },
    }
});
```

https://docs.fluidplayer.com/streaming/http-live-streaming-hls

In-stream integration code:

```
<link rel="stylesheet" href="http://cdn.fluidplayer.com/v3/current/fluidplayer.min.css" type="text/css"/>
<script src="http://cdn.fluidplayer.com/v3/current/fluidplayer.min.js"></script>

<video id='video-id' style="width: 640px; height: 360px;">
        <source src="http://cdn.fluidplayer.com/videos/valerian-720p.mkv" title="720p" type="video/mkv">
</video>

<script>
        var myFP = fluidPlayer(
                'video-id',
                {
                  vastOptions: {
                   "adList" : [
                        {
                        "roll" : "preRoll",
                        "vastTag" : "https://syndication.exoclick.com/splash.php?idzone=2366423"
                        }
                   ]
                  }
                }
        );
```

https://www.fluidplayer.com/articles/easy-in-stream-integration-on-fluid-player

| | |
|---|---|
| |   [https://www.fluidplayer.com/](https://www.fluidplayer.com/) |

| | |
|---|---|
| | <br><br>https://www.fluidplayer.com/ |

# Overview

Fluid Player is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.

## Features

- Supports the VAST standard
  - Multiple VAST tags (pre-roll, mid-roll, post-roll)
  - Linear ads (video)
  - Non linear VAST tags (banner images (gif/jpg/png))
  - VAST Wrappers
  - VPAID Ads (Linear, Nonlinear, switch over from Nonlinear to Linear)
- Comes with its own design, which is easily customizable. Ability to use the browser default layout
- Timeline Preview
- Lightweight
- Responsive
- Compatible with modern web browsers
- Ability to have more than 1 player per page
- Keyboard Shortcuts by key
- Allows adding multiple video sources for user to switch between different video quality
- Autoplay control

https://docs.fluidplayer.com/

| | |
|---|---|
| |  <br>https://www.fluidplayer.com/ |
| identifying said programming at said at least one station, based on said identification information; and | The accused instrumentality discloses identifying said programming (e.g., HLS/MPEG-DASH video segments) at said at least one station (e.g., a browser running the accused instrumentality on a user device), based on said identification information (e.g., video id ); and<br><br>As shown below, the accused instrumentality allows a user to browse and stream the main video (HLS/MPEG-DASH video segments) file (i.e., programming) using video id (i.e., identification information) via a browser running on the user device. |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/ |

Step 1 - Test on your website

Here is a simple piece of code that you can copy and paste into your site to test out Fluid Player.

Simple Fluid Player code:

```
<link rel="stylesheet" href="http://cdn.fluidplayer.com/v3/current/fluidplayer.min.css" type="text/css"/>

<script src="http://cdn.fluidplayer.com/v3/current/fluidplayer.min.js"></script>

<video id="video-id" style="width: 640px; height: 360px;">

<source src="http://cdn.fluidplayer.com/videos/valerian-720p.mkv" title="720p" type="video/mkv">

</video>

<script>

var myFP = fluidPlayer('video-id');

</script>
```

identification information

programming

https://www.fluidplayer.com/articles/easy-in-stream-integration-on-fluid-player

<table>
<tr>
<td></td>
<td>


https://www.fluidplayer.com/
<br>
STREAMING
<br>
Ask
<br>
Streaming support
<br>
Streaming is multimedia that is constantly received by, and presented to, an end-user while being delivered by a provider.
<br>
Fluid Player supports MPEG-DASH and HLS streaming. These both work by splitting the content into segments.
<br>
Segments contain video or audio content, and are selected based on the highest bit rate available.
<br>
https://docs.fluidplayer.com/streaming/streaming-support
</td>
</tr>
</table>

# Overview

Fluid Player is a free HTML5 video player. It is lightweight, easy to integrate and has advanced VAST capabilities.

## Features

- Supports the VAST standard
  - Multiple VAST tags (pre-roll, mid-roll, post-roll)
  - Linear ads (video)
  - Non linear VAST tags (banner images (gif/jpg/png))
  - VAST Wrappers
  - VPAID Ads (Linear, Nonlinear, switch over from Nonlinear to Linear)
- Comes with its own design, which is easily customizable. Ability to use the browser default layout
- Timeline Preview
- Lightweight
- Responsive
- Compatible with modern web browsers
- Ability to have more than 1 player per page
- Keyboard Shortcuts by key
- Allows adding multiple video sources for user to switch between different video quality
- Autoplay control

https://docs.fluidplayer.com/

| | |
|---|---|
| |  <br>https://www.fluidplayer.com/ |
| storing said automation control instruction with said programming at said at least one station, to enable said computer to subsequently control communication of said programming in accordance with said at least one automation control instruction. | The accused instrumentality discloses storing said automation control instruction (e.g., skipButtonCaption and skipButtonClickCaption of ad playback) with said programming (e.g., HLS/MPEG-DASH video content segments) at said at least one station (e.g., a browser running the accused instrumentality on a user device), to enable said computer (e.g., a processor of the user's device) to subsequently control communication (e.g., controls pause and resume of HLS/MPEG-DASH video content segments during the ad playback) of said programming (e.g., HLS/MPEG-DASH video content segments) in accordance with said at least one automation control instruction (e.g., skipButtonCaption and skipButtonClickCaption of ad playback).<br><br>As shown below, the accused instrumentality supports VAST standard for advertising. It includes the vastOptions configuration including skipButtonCaption and skipButtonClickCaption (i.e., automation control instruction) of ad playback is fed into the fluidPlayer() which controls the pause and resume functionality of the main video (HLS/MPEG-DASH video content segments) (i.e., programming) based on ad playback. |

| | |
|---|---|
| | FLUID player<br>Overview Player Articles<br>Compatible with video advertising industry standards **VAST** and **VPAID**<br>Integrate our **WordPress Plugin** and **CDN hosted player**<br>Video streaming support for MPEG-DASH and HLS **streaming** protocols<br>**VR support**<br>https://www.fluidplayer.com/ |

# Advertisements

There are optional parameters that can be used to customise the Fluid Player ad serving.

No parameters are required and will default if not passed through.

VAST options relate to the ads served and how the player handles them.

These options are specifically for when ads are shown in the player.

automation control instruction

```
fluidPlayer(
    'my-video',
     {
        vastOptions: {
            adList:                    {},
            skipButtonCaption:         'Skip ad in [seconds]',
            skipButtonClickCaption:    'Skip ad <span class="skip_button_icon"></span>',
            adText:                    null,
            adTextPosition:            'top left',
            adCTAText:                 'Visit now!',
            adCTATextPosition:         'bottom right',
            vastTimeout:               5000,
            showPlayButton:            false,
            maxAllowedVastTagRedirects: 1,
```

https://docs.fluidplayer.com/configuration/advertisements

## skipButtonCaption

The text to display the countdown during an ad. The **[seconds]** placeholder is used for the second countdown.
(**Default:** "Skip ad in [seconds]")

```
fluidPlayer(
    'my-video',
     {
         vastOptions: {
             skipButtonCaption: 'Wait [seconds] more second(s)'
         }
     }
);
```

## skipButtonClickCaption

This defines the text to show when the countdown is finished and the user can skip to the main video.
(**Default:** 'Skip ad ')

```
fluidPlayer(
    'my-video',
     {
         vastOptions: {
             skipButtonClickCaption: 'Watch main video <span class="skip_button_icon"></spa
         }
     }
);
```

https://docs.fluidplayer.com/configuration/advertisements

| | |
|---|---|
| | **Player Operation Metrics (for use in Linear and NonLinear ads)**<br>• **mute:** the user activated the mute control and muted the creative.<br>• **unmute:** the user activated the mute control and unmuted the creative.<br>• **pause:** the user clicked the pause control and stopped the creative.<br>• **resume:** the user activated the resume control after the creative had been stopped or paused.<br>• **rewind:** the user activated the rewind control to access a previous point in the creative timeline.<br>• **skip:** the user activated a skip control to skip the creative.<br>• **playerExpand:** the user activated a control to extend the player to a larger size. This event replaces the fullscreen event per the 2014 Digital Video In-Stream Ad Metric Definitions.<br>• **playerCollapse:** the user activated a control to reduce player to a smaller size. This event replaces the exitFullscreen event per the 2014 Digital Video In-Stream Ad Metric Definitions.<br><br>https://www.iab.com/wp-content/uploads/2016/04/VAST4.0_Updated_April_2016.pdf |

| | |
|---|---|
| | <br>https://www.fluidplayer.com/<br><br>https://www.fluidplayer.com/ |